# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Alaina E. Zajac fka Alaina E. Whetzel          CHAPTER 13
Debtor(s)

BKY. NO. 20-23010 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

    Respectfully submitted,

/s/Brian C. Nicholas, Esq.
Brian C. Nicholas, Esq. (317240)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com