IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| ALAINA E. ZAJAC, ) | |
| ) | Case No.: 20-23010-GLT |
| Debtor. ) | |
| _____ ) | |
| ) | |
| MUNICICPALITY OF BETHEL PARK, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| ALAINA E. ZAJAC, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## WITHDRAWAL OF PROOF OF CLAIM #9

AND NOW, comes the Municipality of Bethel Park, secured creditor in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby file its withdrawal of Proof of Claim #9-1 filed on November 16, 2020 in the amount of $68.67 for delinquent sewage charges through October 23, 2020 for Block and Lot 317-F-31. The within Claim is being withdrawn because according to the debtor's bankruptcy schedules the debtor does not own the subject property.

Dated: 1-13-2021                                      Respectfully Submitted,

                                                      GRB Law,

                                                      /s/ Jeffrey R. Hunt

                                                      Jeffrey R. Hunt, Esquire
                                                      Pa. I.D. #90342
                                                      Frick Building, 14th Floor
                                                      437 Grant Street
                                                      Pittsburgh, PA  15219
                                                      (412) 281-0587
                                                      Attorney for Movant
                                                      jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| ALAINA E. ZAJAC, ) | |
| ) | Case No.: 20-23010-GLT |
| Debtor. ) | |
| _____ ) | |
| ) | |
| MUNICICPALITY OF BETHEL PARK, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| ALAINA E. ZAJAC, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM #9 has been served this 13th day of January, 2021 by first-class United States mail, postage prepaid, upon:

Kenneth Steidl, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

GRB Law,

/s/ Jeffrey R. Hunt

Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Movant
jhunt@grblaw.com