FILED
1/14/21 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 13 |
| ALAINA E. ZAJAC, | ) |
| | ) Case No.: 20-23010-GLT |
| Debtor. | ) |
| _____ | ) |
| | ) Related to Dkt. No. 21 |
| MUNICICPALITY OF BETHEL PARK, | ) |
| | ) Claim No. 9 |
| Movant, | ) |
| v. | ) |
| | ) |
| ALAINA E. ZAJAC, | ) |
| | ) |
| Respondent. | ) |
| | ) |

### WITHDRAWAL OF PROOF OF CLAIM #9

    AND NOW, comes the Municipality of Bethel Park, secured creditor in the above-referenced Bankruptcy case, by and through its Counsel, Jeffrey R. Hunt, Esquire and GRB Law, and hereby file its withdrawal of Proof of Claim #9-1 filed on November 16, 2020 in the amount of $68.67 for delinquent sewage charges through October 23, 2020 for Block and Lot 317-F-31. The within Claim is being withdrawn because according to the debtor's bankruptcy schedules the debtor does not own the subject property.

Dated: 1-13-2021                                  Respectfully Submitted,

                                                                              GRB Law,

                                                                              /s/ Jeffrey R. Hunt

                                                                       Jeffrey R. Hunt, Esquire
                                                                       Pa. I.D. #90342
                                                                       Frick Building, 14th Floor
                                                                       437 Grant Street
SO ORDERED                                           Pittsburgh, PA  15219
January 14, 2021                                  (412) 281-0587
                                                                       Attorney for Movant
                                                                       jhunt@grblaw.com

_____
GREGORY L. TADDONIO jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alaina E. Zajac  
    Debtor

Case No. 20-23010-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2  
Date Rcvd: Jan 14, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alaina E. Zajac, 4478 3rd Street, Bethel Park, PA 15102-2958 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Brian Nicholas  
     on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt  
     on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com  cnoroski@grblaw.com

Kenneth Steidl  
     on behalf of Debtor Alaina E. Zajac julie.steidl@steidl-steinberg.com  
     ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

District/off: 0315-2      User: bsil      Page 2 of 2

Date Rcvd: Jan 14, 2021      Form ID: pdf900      Total Noticed: 1

Maria Miksich
    on behalf of Creditor Pingora Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8