IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-23010 |
| Alaina E. Zajac, | ) Chapter 13 |
| *fka Alaina E. Whetzel,* | ) Related to Docket No. 46 & 50 |
| *Debtor* | ) Hearing Date & Time: |
| | ) February 8, 2023 at 11:00 am |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 3, 2023, a true and correct copy of the *Order Setting Hearing and Response filed by Debtor* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Denise Carlon, Esq.
KML Law Group
BNY Mellon Independence Center
701 Market St.- Suit 5000
Philadelphia, PA 19106

Alaina Zajac
4478 3rd St.
Bethel Park, PA 15102

**Served by CM/ECF:** Ronda J. Winnecour, Trustee
**Served by CM/ECF:** Office of the U.S. Trustee

Date of Service: <u>January 9, 2023</u>   /s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower - 707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000 ken.steidl@steidl-steinberg.com
PA I.D. No. 34965