**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

01/23/2023

IN RE:

ALAINA E. ZAJAC
4478 3RD STREET
BETHEL PARK,  PA  15102
XXX-XX-7501           Debtor(s)

Case No. 20-23010 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/23/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  VALUE CITY/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  9987 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK\*\***<br>C/O ALLY SERVICING LLC<br>PO BOX 78369<br><br>PHOENIX, AZ  85062-8369 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM:  10,845.78<br>COMMENT:  DFNCY\*REPO\*CO BORROWER | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2227 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br><br>WILMINGTON, DE  19801 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1359 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5091 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9957 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~ST CLAIR HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br><br>KIRKLAND, WA  98083-2489 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM:  1,193.96<br>COMMENT:  DAVIDS BRIDAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7401 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  2,115.23<br>COMMENT:  CREDIT 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4575 |
| **CREDITECH**<br>POB 99\*<br><br>BANGOR, PA  18013 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  S HILLS RDLGY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3781 |

| Creditor | Claim Info | Description |
|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~DAVIDS BRIDAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7401 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DR KALIMAN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 532.89<br>COMMENT: REF 3567957505 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6378 |
| **GENESIS FS CARD SERVICES**<br>PO BOX 4480<br><br>BEAVERTON, OR 97076 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7877 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 2,873.68<br>COMMENT: X0003/SCH*REF 3483292200*BARCLAYS~MERCURY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1359 |
| **KOHLS++**<br>POB 2983<br><br>MILWAUKEE, WI 53201-2983 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2979 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 2,739.78<br>COMMENT: SYNCHRONY*VALUE CITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9987 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 2,610.08<br>COMMENT: X9877/SCH*CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2188 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 1,235.85<br>COMMENT: X5939/SCH*SYNC~SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0034 |
| **BRICKHOUSE OPCO I LLC**<br>4053 MAPLE RD STE 122<br><br>AMHERST, NY 14226-1422 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 715.27<br>COMMENT: MILESTONE*TBOM*INSUFF POD*LATE FILED | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 7877 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 19,155.93<br>COMMENT: X0113/SCH*FR NAVIENT/PHEAA-DOC 27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7501 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,604.12<br>COMMENT: X2010/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7501 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 907.81<br>COMMENT: X2002/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7501 |
| **NAVY FEDERAL CREDIT UNION***<br>ATTN: BANKRUPTCY DEPT*<br>POB 3000*<br>MERRIFIELD, VA 22119 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,107.85<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1212 |
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 487.70<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1292 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,260.21<br>COMMENT: SYNC/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7848 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINNATI, OH 45274 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **RESURGENT CAPITAL SERVICES**<br>POB 10675<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC~VALUE CITY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9987 |
| **ST CLAIR MEDICAL SERVICES**<br>1000 BOWER HILL RD<br>PITTSBURGH, PA 15243 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SAMS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0034 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SOUTH HILLS RADIOLOGY ASSOC(*)**<br>PO BOX 3425<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 787.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6763 |
| **QUANTUM3 GROUP LLC - AGENT FOR CROWN**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 589.01<br>COMMENT: SYNCHRONY/TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8716 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7840 |
| **CROWN ASSET MANAGEMENT++**<br>2417 WELSH RD<br>STE 21 # 520<br>PHILADELPHIA, PA 19114 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DNF ASSOCIATES LLC++**<br>352 SONWILL DR<br><br>BUFFALO, NY 14225 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FINANCIAL RECOVERY SVCS INC**<br>POB 385908<br><br>MINNEAPOLIS, MN 55438-5908 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PATENAUDE AND FELIX APC**<br>9619 CHESAPEAKE DR STE 300<br><br>SAN DIEGO, CA 92123 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WINHAM PROFESSIONALS INC**<br>380 MAIN ST<br><br>SALEM, NH 03079 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PINGORA LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **MUNICIPALITY OF BETHEL PARK (SWG)** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CURR & DELQ YRS | Court Claim Number:9 | ACCOUNT NO.:  7F31 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  RS/OE*317-F-31;THRU 10/23/20*NT/SCH-PL*WNTS 10%*W/42*CL @ 67.12 W/DRAWN |
| **MUNICIPALITY OF BETHEL PARK (SWG)** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CURR & DELQ YRS | Court Claim Number:9 | ACCOUNT NO.:  7F31 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  RS/OE*317-F-31;THRU 10/23/20*NON%*NT/SCH-PL*W/41*CL @ 1.55 W/DRAWN-DOC |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:17 | ACCOUNT NO.:  0001 |
| | CLAIM:  478.11 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH | |
| **DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:19 | ACCOUNT NO.:  6365 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  13.70 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |
| **FREEDOM MORTGAGE CORPORATION** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN PAYMENT PROCESSING | Court Claim Number:20 | ACCOUNT NO.:  2467 |
| 10500 KINCAID DR | | |
| | CLAIM:  0.00 | |
| FISHERS, IN  46037 | COMMENT:  RS/OE*OUTSIDE/CONF*135500.39/CL*NT/SCH-PL | |
| **KML LAW GROUP PC*** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  FREEDOM MORT/PRAE | |
| **BROCK & SCOTT PLLC** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 302 FELLOWSHIP RD STE 130 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  FREEDOM MORT/PRAE | |

Case 20-23010-GLT    Doc 55    Filed 01/23/23    Entered 01/23/23 15:38:30    Desc
CLAIM RECORDS
Page 7 of 7