IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-23010 GLT |
| | ) | Chapter 13 |
| Alaina E. Zajac, | ) | Docket No. |
|    Debtor | ) | Related to Docket No. 45, 46, 50, 54 |
| | ) | |
| Alaina E. Zajac | ) | Hearing Date: February 8, 2023 @ 11:00 |
|    Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
RESPONSE: EXPLANATION AS TO WHY THE DEBTOR'S ATTORNEY DID NOT FILE A DECLARATION IN RESPONSE TO THE NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY PINGORA SERVICING LLC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Response: Explanation as to Why the Debtor's Attorney Did Not File a Declaration in Response to the Notice of Mortgage Payment Change filed by Pingora Servicing LLC filed on December 19, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Response: Explanation as to Why the Debtor's Attorney Did Not File a Declaration in Response to the Notice of Mortgage Payment Change filed by Pingora Servicing LLC appears thereon. Pursuant to the Notice of Hearing, objections to the Response: Explanation as to Why the Debtor's Attorney Did Not File a Declaration in Response to the Notice of Mortgage Payment Change filed by Pingora Servicing LLC were to be filed and served no later than January 17, 2023.

It is hereby respectfully requested that the Order attached to the Response: Explanation as to Why the Debtor's Attorney Did Not File a Declaration in Response to the Notice of Mortgage Payment Change filed by Pingora Servicing LLC be entered by the Court.

Date: February 6, 2023

By: /s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830-Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. No.:    34965
ken.steidl@steidl-steinberg.com

**PAWB Local Form 25 (07/13)**