Case 20-23010-GLT    Doc 59    Filed 02/09/23    Entered 02/09/23 16:00:03    Desc Main
Document      Page 1 of 1

FILED
2/9/23 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-23010-GLT |
| | : | Chapter: | 13 |
| Alaina E. Zajac | : | | |
| | : | | |
| | : | Date: | 2/8/2023 |
| Debtor(s). | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #46 - Hearing on Response: Explanation As to Why the Debtor's Attorney Did Not File a Declaration in Response to the Notice of Mortgage Payment Changed Filed by Pingora Loan Servicing LLC
  [Response due 1/14/2023]
  #56 - Certificate of No Objection

**APPEARANCES:**
  Debtor:    Julie Steidl
  Trustee:    Ronda J. Winnecour

**NOTES:**   [9:13]

Court: Accepts substance of explanation from Debtor's counsel, but questions why that could not have been put in a response to the notice of mortgage payment change, or in a motion filed to stop the creditor from filing the notice of mortgage payment change against property that is not an estate asset.

Steidl: Has no explanation, just missed it. Should have filed a response with the information.

**OUTCOME:**

1) Hearing held. Matter concluded. [Text order].

**DATED:** 2/8/2023