Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Alaina E. Zajac** | : | Case No. 20−23010−GLT |
| **fka Alaina E. Whetzel** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 60 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/11/26 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this ***The 29th of December, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 60 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

     (1)  ***On or before February 12, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***March 11, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alaina E. Zajac  
    Debtor

Case No. 20-23010-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Dec 29, 2025      Form ID: 604      Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Alaina E. Zajac, 4478 3rd Street, Bethel Park, PA 15102-2958 |
| 15335536 | + | Brickhouse Opco I LLC, 4053 Maple Road, Suite 122, Amherst, NY 14226-1058 |
| 15302289 | + | Creditech Collection Solutions, PO Box 99, Bangor, PA 18013-0099 |
| 15302292 | + | DNF Associates, 2351 N Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 15302316 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe- Suite 205, Attn: Gregg L. Morris, Esquire, Canonsburg, PA 15317-8584 |
| 15302322 | | Saint Clair Medical Services, Po Box 1870, Cary, NC 27512-1870 |
| 15302324 | + | South Hills Radiolody Associates, Po Box 3425, Pittsburgh, PA 15230-3415 |
| 15302329 | | Windham Professionals, Inc., 380 Main Street, Salem, NH 03079-2412 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 30 2025 00:27:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 30 2025 00:27:00 | Municipality of Bethel Park, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15319281 | | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15302278 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15302279 | + | Email/Text: ngisupport@radiusgs.com | Dec 30 2025 00:27:00 | Ally Financial, c/o Central Credit Services, 9550 Regency Square Blvd., Suite 500 A, Jacksonville, FL 32225-8116 |
| 15302280 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 30 2025 00:27:00 | Barclay's Bank of Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15302283 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15302281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:35 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15302285 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2025 00:27:00 | Collection Services Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15302287 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15302286 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Capital/Davids Bridal, Po Box 182120, Columbus, OH 43218-2120 |
| 15302288 | | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 20-23010-GLT    Doc 63    Filed 12/31/25    Entered 01/01/26 00:35:23    Desc Imaged
Certificate of Notice    Page 4 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 5 |
| Date Rcvd: Dec 29, 2025 | Form ID: 604 | Total Noticed: 68 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 30 2025 00:28:35 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15302290 | + | Email/Text: bankruptcies@crownasset.com | Dec 30 2025 00:27:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd. Suite 725, Duluth, GA 30096-7605 |
| 15302291 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | David's Bridal/Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 15302293 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 30 2025 00:28:00 | Dr. Edward Kaliman, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15324841 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 30 2025 00:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15367127 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 30 2025 00:27:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15302294 | | Email/Text: data_processing@fin-rec.com | Dec 30 2025 00:27:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15302295 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2025 00:29:02 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15302296 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2025 00:28:50 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15325869 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 30 2025 00:27:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15302297 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 30 2025 00:28:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15319161 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15302298 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15302299 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15302301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:35 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15302300 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:35 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15302302 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:38 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 15305147 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15307673 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15302303 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 00:27:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15302305 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 00:27:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15302307 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 30 2025 00:28:00 | Milestone, PO Box 84059, Columbus, GA 31908-4059 |
| 15312082 | + | Email/Text: ebnjts@grblaw.com | Dec 30 2025 00:27:00 | Municipality of Bethel Park, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15306426 | | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:28:50 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

Case 20-23010-GLT    Doc 63    Filed 12/31/25    Entered 01/01/26 00:35:23    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 5 |
| Date Rcvd: Dec 29, 2025 | Form ID: 604 | Total Noticed: 68 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15302312 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:29:02 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15302311 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:29:02 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15302308 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:28:50 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15302309 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:29:02 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15304719 | + | Email/Text: bncnotifications@pheaa.org | Dec 30 2025 00:27:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15302314 | | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 30 2025 00:28:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 15302315 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 30 2025 00:28:00 | Navy Federal FCU, One Security Place, Merrifield, VA 22119-0001 |
| 15302318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15302319 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15320521 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15302317 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Paypal Credit, c/o Synchrony Bank, Po Box 965003, Orlando, FL 32896-5003 |
| 15318858 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15315084 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15323328 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15302320 | ^ | MEBN | Dec 30 2025 00:30:14 | Quest Diagnostics, Po Box 740717, Cincinnati, OH 45274-0717 |
| 15302321 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:38 | Resurgent Capital Services, C/o Resurgent Capital Services, Pob 10497, Greenville, SC 29603-0497 |
| 15302323 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Sam's Club, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 15302860 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15321999 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15302327 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:47 | TJX Rewards, c/o Synchrony Bank, Po Box 965016, Orlando, FL 32896-5016 |
| 15302325 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15302326 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15323203 | | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2025 00:28:37 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15302328 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Walmart, c/o Synchrony Bank, Po Box 965023, Orlando, FL 32896-5023 |

Case 20-23010-GLT    Doc 63    Filed 12/31/25    Entered 01/01/26 00:35:23    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 604 | Total Noticed: 68 |

TOTAL: 60

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15302284 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15302282 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15324842 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15302304 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15302306 | *+ | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15302313 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15302310 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 31, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Alaina E. Zajac julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 29, 2025 | Form ID: 604 | Total Noticed: 68 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11