**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ALAINA E. ZAJAC | Case No.:20-23010 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

December 23, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/23/2020 and confirmed on 12/8/20. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,942.00 |
| Less Refunds to Debtor | 153.22 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,788.78 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,490.00 | |
|   Trustee Fee | 500.91 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,990.91 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2467 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7F31 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7F31 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAINA E. ZAJAC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAINA E. ZAJAC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALAINA E. ZAJAC | 153.22 | 153.22 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 2,490.00 | 2,490.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   ALLY BANK\*\* | 10,845.78 | 1,458.84 | 0.00 | 1,458.84 |
|     Acct: 2227 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1359 | | | | |
|   CAPITAL ONE\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5091 | | | | |
|   CAPITAL ONE\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9957 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CC | 1,193.96 | 160.60 | 0.00 | 160.60 |
|     Acct: 7401 | | | | |
|   LVNV FUNDING LLC | 2,115.23 | 284.51 | 0.00 | 284.51 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 4575 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3781 | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7401 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 532.89 | 71.68 | 0.00 | 71.68 |
| | Acct: 6378 | | | | |
| | GENESIS FS CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7877 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,873.68 | 386.53 | 0.00 | 386.53 |
| | Acct: 1359 | | | | |
| | KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2979 | | | | |
| | LVNV FUNDING LLC | 2,739.78 | 368.52 | 0.00 | 368.52 |
| | Acct: 9987 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 2,610.08 | 351.07 | 0.00 | 351.07 |
| | Acct: 2188 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 1,235.85 | 166.23 | 0.00 | 166.23 |
| | Acct: 0034 | | | | |
| | ECMC(*) | 19,155.93 | 2,576.60 | 0.00 | 2,576.60 |
| | Acct: 7501 | | | | |
| | NAVIENT PC TRUST | 1,604.12 | 215.76 | 0.00 | 215.76 |
| | Acct: 7501 | | | | |
| | NAVIENT PC TRUST | 907.81 | 122.11 | 0.00 | 122.11 |
| | Acct: 7501 | | | | |
| | NAVY FEDERAL CREDIT UNION* | 1,107.85 | 149.02 | 0.00 | 149.02 |
| | Acct: 1212 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CR | 487.70 | 65.60 | 0.00 | 65.60 |
| | Acct: 1292 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,260.21 | 169.51 | 0.00 | 169.51 |
| | Acct: 7848 | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9987 | | | | |
| | ST CLAIR MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0034 | | | | |
| | SOUTH HILLS RADIOLOGY ASSOC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TD BANK USA NA** | 787.35 | 105.91 | 0.00 | 105.91 |
| | Acct: 6763 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR CR | 589.01 | 79.23 | 0.00 | 79.23 |
| | Acct: 8716 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7840 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 478.11 | 64.31 | 0.00 | 64.31 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 13.70 | 1.84 | 0.00 | 1.84 |
| | Acct: 6365 | | | | |
| | BRICKHOUSE OPCO I LLC | 715.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 7877 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9987 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

20-23010 Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CROWN ASSET MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DNF ASSOCIATES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FINANCIAL RECOVERY SVCS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WINHAM PROFESSIONALS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 6,797.87 |

**TOTAL PAID TO CREDITORS**                                               6,797.87

TOTAL CLAIMED
PRIORITY           0.00
SECURED            0.00
UNSECURED     51,254.31

Date: 12/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ALAINA E. ZAJAC

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-23010

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-23010-GLT
Alaina E. Zajac  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5
Date Rcvd: Dec 29, 2025      Form ID: pdf900      Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alaina E. Zajac, 4478 3rd Street, Bethel Park, PA 15102-2958 |
| 15335536 | + | Brickhouse Opco I LLC, 4053 Maple Road, Suite 122, Amherst, NY 14226-1058 |
| 15302289 | + | Creditech Collection Solutions, PO Box 99, Bangor, PA 18013-0099 |
| 15302292 | + | DNF Associates, 2351 N Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 15302316 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe- Suite 205, Attn: Gregg L. Morris, Esquire, Canonsburg, PA 15317-8584 |
| 15302322 | | Saint Clair Medical Services, Po Box 1870, Cary, NC 27512-1870 |
| 15302324 | + | South Hills Radiolody Associates, Po Box 3425, Pittsburgh, PA 15230-3415 |
| 15302329 | | Windham Professionals, Inc., 380 Main Street, Salem, NH 03079-2412 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 30 2025 00:27:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 30 2025 00:27:00 | Municipality of Bethel Park, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15319281 | | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15302278 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2025 00:27:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15302279 | + | Email/Text: ngisupport@radiusgs.com | Dec 30 2025 00:27:00 | Ally Financial, c/o Central Credit Services, 9550 Regency Square Blvd., Suite 500 A, Jacksonville, FL 32225-8116 |
| 15302280 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 30 2025 00:27:00 | Barclay's Bank of Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15302283 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15302281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15302285 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2025 00:27:00 | Collection Services Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15302287 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15302286 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Capital/Davids Bridal, Po Box 182120, Columbus, OH 43218-2120 |
| 15302288 | | Email/PDF: creditonebknotifications@resurgent.com | | |

Case 20-23010-GLT   Doc 65   Filed 12/31/25   Entered 01/01/26 00:35:23   Desc Imaged
Certificate of Notice   Page 7 of 10

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 5 |
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 68 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 30 2025 00:28:36 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15302290 | + | Email/Text: bankruptcies@crownasset.com | Dec 30 2025 00:27:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd. Suite 725, Duluth, GA 30096-7605 |
| 15302291 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | David's Bridal/Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 15302293 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 30 2025 00:28:00 | Dr. Edward Kaliman, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15324841 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 30 2025 00:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15367127 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 30 2025 00:27:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15302294 | | Email/Text: data_processing@fin-rec.com | Dec 30 2025 00:27:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15302295 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2025 00:29:02 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15302296 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 30 2025 00:29:02 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15325869 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 30 2025 00:27:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15302297 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 30 2025 00:28:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15319161 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15302298 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15302299 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15302301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:48 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15302300 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15302302 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:51 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 15305147 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15307673 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15302303 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 00:27:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15302305 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 00:27:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15302307 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 30 2025 00:28:00 | Milestone, PO Box 84059, Columbus, GA 31908-4059 |
| 15312082 | + | Email/Text: ebnjts@grblaw.com | Dec 30 2025 00:27:00 | Municipality of Bethel Park, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15306426 | | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:28:37 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

Case 20-23010-GLT    Doc 65    Filed 12/31/25    Entered 01/01/26 00:35:23    Desc Imaged
Certificate of Notice    Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15302312 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:28:37 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15302311 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:29:02 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15302308 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:29:02 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15302309 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 30 2025 00:29:02 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15304719 | + | Email/Text: bncnotifications@pheaa.org | Dec 30 2025 00:27:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15302314 | | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 30 2025 00:28:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 15302315 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 30 2025 00:28:00 | Navy Federal FCU, One Security Place, Merrifield, VA 22119-0001 |
| 15302318 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15302319 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15320521 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15302317 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:34 | Paypal Credit, c/o Synchrony Bank, Po Box 965003, Orlando, FL 32896-5003 |
| 15318858 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2025 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15315084 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15323328 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2025 00:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15302320 | ^ | MEBN | Dec 30 2025 00:30:14 | Quest Diagnostics, Po Box 740717, Cincinnati, OH 45274-0717 |
| 15302321 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2025 00:28:38 | Resurgent Capital Services, C/o Resurgent Capital Services, Pob 10497, Greenville, SC 29603-0497 |
| 15302323 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:59 | Sam's Club, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 15302860 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15321999 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15302327 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:59 | TJX Rewards, c/o Synchrony Bank, Po Box 965016, Orlando, FL 32896-5016 |
| 15302325 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15302326 | + | Email/Text: bncmail@w-legal.com | Dec 30 2025 00:27:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15323203 | | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2025 00:28:51 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15302328 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:59 | Walmart, c/o Synchrony Bank, Po Box 965023, Orlando, FL 32896-5023 |

Case 20-23010-GLT    Doc 65    Filed 12/31/25    Entered 01/01/26 00:35:23    Desc Imaged
Certificate of Notice    Page 9 of 10

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 68 |
| TOTAL: 60 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15302284 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15302282 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15324842 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15302304 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15302306 | *+ | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15302313 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15302310 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Alaina E. Zajac julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 68 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11