Certificate Number: 01721-PAW-DE-040708698

Bankruptcy Case Number: 20-23010



01721-PAW-DE-040708698

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2026, at 12:53 o'clock AM EDT, Alaina Zajac completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 9, 2026                         By:     /s/Noelle Irving

Name:   Noelle Irving

Title:   Counselor