IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Alaina E. Zajac,** | ) | **Case No. 20-23010 GLT** |
| **Debtor(s)** | ) | |
| | ) | **Chapter 13** |
| | ) | **Docket No.** |
| | ) | |
| | ) | |
| **Alaina E. Zajac,** | ) | |
| **Movant(s)** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **No Respondent(s)** | ) | |
| | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1.  The Debtor has made all payments required by the Chapter 13 Plan.

2.  Include whichever one of the two following statements applies:
    The Debtor is not required to pay any Domestic Support Obligations.

3.  The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.  On March 9, 2026 at docket number 66, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                        Respectfully submitted,

March 9, 2026
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor(s)

STEIDL & STEINBERG
436 Seventh Avenue
Suite 322
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965