Certificate Number: 01721-PAW-DE-040708698

Bankruptcy Case Number: 20-23010



01721-PAW-DE-040708698

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 9, 2026</u>, at <u>12:53</u> o'clock <u>AM EDT</u>, <u>Alaina Zajac</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 9, 2026</u>          By:    <u>/s/Noelle Irving</u>

                                Name:  <u>Noelle Irving</u>

                                Title:   <u>Counselor</u>