FILED
3/11/26 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.:   20-23010-GLT |
| | : | Chapter:     13 |
| Alaina E. Zajac | : | |
| | : | |
| | : | Date:    3/11/2026 |
| *Debtor(s).* | : | Time:    11:00 |

**PROCEEDING MEMO**

-

**MATTER:**      #60 - Trustee's Motion for Approval of Report of Receipts and
Disbursements - Plan  Completed.
[ Both Certifications Still due]
[Response due 2/12/2026]

#60 - Status Conference Re: Why The Debtor Failed To File
Certification(s) Required For Discharge
[Response due 2/12/2026]

**APPEARANCES**:
Debtor:      Abagale Steidl
Trustee:      Owen Katz

[11:07,11:36]
**NOTES:**

**OUTCOME:**

1. For the reasons stated on the record at the March 11, 2026 hearing, the trustee's *Motion for Approval of Report of Receipts and Disbursement* [Dkt. No. 60] is **APPROVED**. [DB to enter proposed order at Dkt. No. 60]

2. For the reasons stated on the record at the March 11, 2026 hearing, the status conference is **concluded**. Clerk is authorized to process the case for discharge. [Text Order]

**DATED:** 3/11/2026