**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alaina E. Zajac | Social Security number or ITIN  xxx–xx–7501 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–23010–GLT

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alaina E. Zajac
fka Alaina E. Whetzel

3/11/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 20-23010-GLT

Alaina E. Zajac                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                              Page 1 of 5

Date Rcvd: Mar 11, 2026                    Form ID: 3180W                                  Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alaina E. Zajac, 4478 3rd Street, Bethel Park, PA 15102-2958 |
| 15335536 | + | Brickhouse Opco I LLC, 4053 Maple Road, Suite 122, Amherst, NY 14226-1058 |
| 15302289 | + | Creditech Collection Solutions, PO Box 99, Bangor, PA 18013-0099 |
| 15302292 | + | DNF Associates, 2351 N Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 15302316 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe- Suite 205, Attn: Gregg L. Morris, Esquire, Canonsburg, PA 15317-8584 |
| 15302322 | | Saint Clair Medical Services, Po Box 1870, Cary, NC 27512-1870 |
| 15302324 | + | South Hills Radiolody Associates, Po Box 3425, Pittsburgh, PA 15230-3415 |
| 15302329 | | Windham Professionals, Inc., 380 Main Street, Salem, NH 03079-2412 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 12 2026 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 12 2026 05:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 12 2026 01:42:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 12 2026 01:41:00 | Municipality of Bethel Park, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | EDI: PRA.COM | Mar 12 2026 05:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15319281 | | EDI: GMACFS.COM | Mar 12 2026 05:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15302278 | + | EDI: GMACFS.COM | Mar 12 2026 05:33:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15302279 | + | Email/Text: ngisupport@radiusgs.com | Mar 12 2026 01:42:00 | Ally Financial, c/o Central Credit Services, 9550 Regency Square Blvd., Suite 500 A, Jacksonville, FL 32225-8116 |
| 15302280 | + | EDI: TSYS2 | Mar 12 2026 05:33:00 | Barclay's Bank of Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15302283 | + | EDI: CAPITALONE.COM | Mar 12 2026 05:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15302281 | + | EDI: CAPITALONE.COM | Mar 12 2026 05:33:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15302285 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

District/off: 0315-2                                           User: auto                                                   Page 2 of 5
Date Rcvd: Mar 11, 2026                                  Form ID: 3180W                                            Total Noticed: 70

| | | | Mar 12 2026 01:42:00 | Collection Services Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
|---|---|---|---|---|
| 15302287 | + | EDI: WFNNB.COM | Mar 12 2026 05:33:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15302286 | + | EDI: WFNNB.COM | Mar 12 2026 05:33:00 | Comenity Capital/Davids Bridal, Po Box 182120, Columbus, OH 43218-2120 |
| 15302288 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 12 2026 01:54:52 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15302290 | + | Email/Text: bankruptcies@crownasset.com | Mar 12 2026 01:42:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd. Suite 725, Duluth, GA 30096-7605 |
| 15302291 | | EDI: WFNNB.COM | Mar 12 2026 05:33:00 | David's Bridal/Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 15302293 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 12 2026 01:42:00 | Dr. Edward Kaliman, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15324841 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 12 2026 01:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15367127 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 12 2026 01:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15302294 | | Email/Text: data_processing@fin-rec.com | Mar 12 2026 01:42:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15302295 | + | EDI: AMINFOFP.COM | Mar 12 2026 05:33:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15302296 | + | EDI: AMINFOFP.COM | Mar 12 2026 05:33:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15325869 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 12 2026 01:42:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15302297 | + | EDI: PHINGENESIS | Mar 12 2026 05:33:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15319161 | | EDI: JEFFERSONCAP.COM | Mar 12 2026 05:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15302298 | | EDI: JEFFERSONCAP.COM | Mar 12 2026 05:33:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15302299 | | EDI: JEFFERSONCAP.COM | Mar 12 2026 05:33:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15302301 | + | EDI: CAPITALONE.COM | Mar 12 2026 05:33:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15302300 | + | EDI: CAPITALONE.COM | Mar 12 2026 05:33:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15302302 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 01:54:47 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 15305147 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 01:54:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15307673 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 01:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15302303 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 01:42:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15302305 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 01:42:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15302307 | + | EDI: PHINGENESIS | | |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Mar 11, 2026 | Form ID: 3180W | Total Noticed: 70

| | | | |
|---|---|---|---|
| | | Mar 12 2026 05:33:00 | Milestone, PO Box 84059, Columbus, GA 31908-4059 |
| 15312082 | + Email/Text: ebnjts@grblaw.com | Mar 12 2026 01:41:00 | Municipality of Bethel Park, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15306426 | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:47 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15302312 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:52 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15302311 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:48 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15302308 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:58 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15302309 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:58 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15304719 | + Email/Text: bncnotifications@pheaa.org | Mar 12 2026 01:42:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15302314 | EDI: NFCU.COM | Mar 12 2026 05:33:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 15302315 | + EDI: NFCU.COM | Mar 12 2026 05:33:00 | Navy Federal FCU, One Security Place, Merrifield, VA 22119-0001 |
| 15302318 | EDI: PRA.COM | Mar 12 2026 05:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15302319 | EDI: PRA.COM | Mar 12 2026 05:33:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15320521 | EDI: PRA.COM | Mar 12 2026 05:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15302317 | EDI: SYNC | Mar 12 2026 05:33:00 | Paypal Credit, c/o Synchrony Bank, Po Box 965003, Orlando, FL 32896-5003 |
| 15318858 | + EDI: JEFFERSONCAP.COM | Mar 12 2026 05:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15315084 | EDI: Q3G.COM | Mar 12 2026 05:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15323328 | EDI: Q3G.COM | Mar 12 2026 05:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15302320 | ^ MEBN | Mar 12 2026 01:38:36 | Quest Diagnostics, Po Box 740717, Cincinnati, OH 45274-0717 |
| 15302321 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 01:54:48 | Resurgent Capital Services, C/o Resurgent Capital Services, Pob 10497, Greenville, SC 29603-0497 |
| 15302323 | EDI: SYNC | Mar 12 2026 05:33:00 | Sam's Club, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 15302860 | + EDI: PRA.COM | Mar 12 2026 05:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15321999 | + Email/Text: bncmail@w-legal.com | Mar 12 2026 01:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15302327 | EDI: SYNC | Mar 12 2026 05:33:00 | TJX Rewards, c/o Synchrony Bank, Po Box 965016, Orlando, FL 32896-5016 |
| 15302325 | + EDI: WTRRNBANK.COM | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 11, 2026 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| 15302326 | + EDI: WTRRNBANK.COM | | Mar 12 2026 05:33:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| | | | Mar 12 2026 05:33:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15323203 | EDI: AIS.COM | | Mar 12 2026 05:33:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15302328 | EDI: SYNC | | Mar 12 2026 05:33:00 | Walmart, c/o Synchrony Bank, Po Box 965023, Orlando, FL 32896-5023 |

TOTAL: 62

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15302284 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15302282 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15324842 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15302304 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15302306 | *+ | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15302313 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15302310 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Kenneth Steidl | |

District/off: 0315-2                                    User: auto

Date Rcvd: Mar 11, 2026                              Form ID: 3180W                              Total Noticed: 70

on behalf of Debtor Alaina E. Zajac julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Maria Miksich

on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 11