**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/11/26 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

    ALAINA E. ZAJAC

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:20-23010

Chapter 13

Related to Docket No. 60

ORDER OF COURT

AND NOW, this _____ 11th Day of March, 2026 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Alaina E. Zajac

  Debtor

Case No. 20-23010-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 11, 2026 | Form ID: pdf900 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alaina E. Zajac, 4478 3rd Street, Bethel Park, PA 15102-2958 |
| 15335536 | + | Brickhouse Opco I LLC, 4053 Maple Road, Suite 122, Amherst, NY 14226-1058 |
| 15302289 | + | Creditech Collection Solutions, PO Box 99, Bangor, PA 18013-0099 |
| 15302292 | + | DNF Associates, 2351 N Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 15302316 | + | Patenaude & Felix, 501 Corporate Drive, Southpointe- Suite 205, Attn: Gregg L. Morris, Esquire, Canonsburg, PA 15317-8584 |
| 15302322 | | Saint Clair Medical Services, Po Box 1870, Cary, NC 27512-1870 |
| 15302324 | + | South Hills Radiolody Associates, Po Box 3425, Pittsburgh, PA 15230-3415 |
| 15302329 | | Windham Professionals, Inc., 380 Main Street, Salem, NH 03079-2412 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 12 2026 01:42:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 12 2026 01:41:00 | Municipality of Bethel Park, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2026 01:54:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15319281 | | Email/Text: ally@ebn.phinsolutions.com | Mar 12 2026 01:41:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15302278 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 12 2026 01:41:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15302279 | + | Email/Text: ngisupport@radiusgs.com | Mar 12 2026 01:42:00 | Ally Financial, c/o Central Credit Services, 9550 Regency Square Blvd., Suite 500 A, Jacksonville, FL 32225-8116 |
| 15302280 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 12 2026 01:42:00 | Barclay's Bank of Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 15302283 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2026 01:54:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15302281 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2026 01:54:51 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15302285 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 12 2026 01:42:00 | Collection Services Center, 839 5th Avenue, New Kensington, PA 15068-6303 |
| 15302287 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2026 01:42:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15302286 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2026 01:42:00 | Comenity Capital/Davids Bridal, Po Box 182120, Columbus, OH 43218-2120 |
| 15302288 | | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0315-2 User: auto Page 2 of 5

Date Rcvd: Mar 11, 2026 Form ID: pdf900 Total Noticed: 68

| | | | |
|---|---|---|---|
| | | Mar 12 2026 01:54:47 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15302290 | + Email/Text: bankruptcies@crownasset.com | Mar 12 2026 01:42:00 | Crown Asset Management LLC, 3100 Breckenridge Blvd. Suite 725, Duluth, GA 30096-7605 |
| 15302291 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 12 2026 01:42:00 | David's Bridal/Comenity Bank, PO Box 659707, San Antonio, TX 78265-9707 |
| 15302293 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 12 2026 01:42:00 | Dr. Edward Kaliman, c/o Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15324841 | + Email/Text: kburkley@bernsteinlaw.com | Mar 12 2026 01:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15367127 | Email/Text: ECMCBKNotices@ecmc.org | Mar 12 2026 01:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15302294 | Email/Text: data_processing@fin-rec.com | Mar 12 2026 01:42:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15302295 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 12 2026 01:54:46 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15302296 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 12 2026 01:54:51 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15325869 | Email/Text: Bankruptcy@Freedommortgage.com | Mar 12 2026 01:42:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15302297 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 12 2026 01:42:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 15319161 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2026 01:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15302298 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2026 01:42:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15302299 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2026 01:42:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15302301 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2026 01:54:56 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15302300 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2026 01:54:51 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15302302 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 01:54:52 | LVNV Funding LLC, PO Box 10584, Greenville, SC 29603-0584 |
| 15305147 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 01:54:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15307673 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 01:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15302303 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 01:42:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15302305 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2026 01:42:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15302307 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 12 2026 01:42:00 | Milestone, PO Box 84059, Columbus, GA 31908-4059 |
| 15312082 | + Email/Text: ebnjts@grblaw.com | Mar 12 2026 01:41:00 | Municipality of Bethel Park, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15306426 | Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:52 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |

District/off: 0315-2                          User: auto                                    Page 3 of 5
Date Rcvd: Mar 11, 2026                       Form ID: pdf900                               Total Noticed: 68

| | | | |
|---|---|---|---|
| 15302312 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:58 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15302311 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:58 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes Barre, PA 18773-9640 |
| 15302308 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:52 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15302309 | + Email/PDF: Bankruptcy_Prod@mohela.com | Mar 12 2026 01:54:47 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15304719 | + Email/Text: bncnotifications@pheaa.org | Mar 12 2026 01:42:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15302314 | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 12 2026 01:42:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 15302315 | + Email/Text: ext_ebn_inbox@navyfederal.org | Mar 12 2026 01:42:00 | Navy Federal FCU, One Security Place, Merrifield, VA 22119-0001 |
| 15302318 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2026 01:54:46 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15302319 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2026 01:54:46 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15320521 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2026 01:54:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15302317 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2026 01:54:51 | Paypal Credit, c/o Synchrony Bank, Po Box 965003, Orlando, FL 32896-5003 |
| 15318858 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 12 2026 01:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15315084 | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2026 01:42:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15323328 | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2026 01:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15302320 | ^ MEBN | Mar 12 2026 01:38:37 | Quest Diagnostics, Po Box 740717, Cincinnati, OH 45274-0717 |
| 15302321 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2026 01:54:52 | Resurgent Capital Services, C/o Resurgent Capital Services, Pob 10497, Greenville, SC 29603-0497 |
| 15302323 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2026 01:54:51 | Sam's Club, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 15302860 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2026 01:54:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15321999 | + Email/Text: bncmail@w-legal.com | Mar 12 2026 01:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15302327 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2026 01:54:46 | TJX Rewards, c/o Synchrony Bank, Po Box 965016, Orlando, FL 32896-5016 |
| 15302325 | + Email/Text: bncmail@w-legal.com | Mar 12 2026 01:42:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15302326 | + Email/Text: bncmail@w-legal.com | Mar 12 2026 01:42:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15323203 | Email/PDF: ebn_ais@aisinfo.com | Mar 12 2026 01:54:48 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15302328 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2026 01:54:45 | Walmart, c/o Synchrony Bank, Po Box 965023, Orlando, FL 32896-5023 |

District/off: 0315-2

User: auto

Page 4 of 5

Date Rcvd: Mar 11, 2026

Form ID: pdf900

Total Noticed: 68

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15302284 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15302282 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15324842 | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15302304 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 15302306 | *+ | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15302313 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15302310 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026

Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Alaina E. Zajac julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Maria Miksich | on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |

District/off: 0315-2                          User: auto                                          Page 5 of 5
Date Rcvd: Mar 11, 2026                       Form ID: pdf900                               Total Noticed: 68

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

     cmecf@chapter13trusteewdpa.com


TOTAL: 11